UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAMONT HEARD,

    Plaintiff,                                                                                     No. 17-13904

v.                                                                                          Honorable Nancy G. Edmunds

YARNICE STRANGE,
KYLE SHANNON,
ADAM DOUGLAS,
CEDRIC GRIFFEY,
SCOTT SCHOOLEY, and
JEFFREY OASTERHOF,

    Defendants.
_____/

**OPINION AND ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S MAY 10, 2019 REPORT AND RECOMMENDATION [60]**

Currently before the Court is the Magistrate Judge's May 10, 2019 report and recommendation. (Dkt. 60.) The Court is fully advised in the premises and has reviewed the record and the pleadings. No party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, No. 09-10933, 2012 U.S. Dist. LEXIS 120541, at *2 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The Court nevertheless agrees with the Magistrate Judge's recommendation. The Court therefore ACCEPTS and ADOPTS the Magistrate Judge's report and recommendation (Dkt. 60).

Accordingly, IT IS HEREBY ORDERED that Defendants' motion for partial summary judgment [43] is GRANTED IN PART.

IT IS FURTHER ORDERED Plaintiff's motion for summary judgment [46] is DENIED.

IT IS FURTHER ORDERED that Defendants Douglas and Oasterhof are DISMISSED from this action.

IT IS FURTHER ORDERED that Plaintiff's claims based on his housing unit transfer (January 2017 grievance) are DISMISSED. Plaintiff's claims against Defendants Griffey, Schooley, Shannon, and Strange based on his prison transfer (July 2017 grievance) remain.

SO ORDERED.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: June 4, 2019

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 4, 2019, by electronic and/or ordinary mail.

s/Lisa Bartlett
Case Manager