UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAMONT HEARD,

    Plaintiff,

v.

YARNICE STRANGE,
KYLE SHANNON, ADAM
DOUGLAS, CEDRIC GRIFFEY,
SCOTT SCHOOLEY, and
JEFFREY OASTERHOF,

    Defendants.
_____/

No. 17-13904

Honorable Nancy G. Edmunds

**ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION [66]**

The matter is currently before the Court on Plaintiff's motion for reconsideration of a previously issued opinion and order accepting the Magistrate Judge's report and recommendation. (Dkt. 66.) Plaintiff notes that the Court's opinion stated that no party had filed objections when he in fact did file objections. Plaintiff's timely objections were not entered on the docket until June 4, 2019, the same day the Court issued its opinion. The Court has since withdrawn that opinion. (*See* dkt. 65.) The Court has entered on this date an opinion and order addressing all of Plaintiff's objections and overruling them. Therefore, Plaintiff's motion for reconsideration is DENIED as moot.

    SO ORDERED.

                                  s/Nancy G. Edmunds
                                  Nancy G. Edmunds
                                  United States District Judge

Dated: July 31, 2019

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 31, 2019, by electronic and/or ordinary mail.

                                        <u>s/Lisa Bartlett</u>
                                        Case Manager